Robert M. Ferrier (State Bar No. 310708)
rferrier@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: (925) 222-3400 ♦ Fax: (925) 356-8250

Attorneys for Defendant, ALL WEST SELECT SIRES

Thomas Patrick Jr. (State Bar No. 251493)
**McCarthy & Rubright, LLP**
P.O. Box 190
100 Rio Street
Red Bluff, CA 96080
Phone: (530)527-0213

Attorneys for Plaintiff, BYRD CATTLE COMPANY LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BYRD CATTLE COMPANY, L.L.C., a California Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>ALL WEST/SELECT SIRES, a Washington Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-00381-JAM-DMC<br><br>***REVISED* STIPULATION TO CONTINUE DATES; ORDER** |

By and through their counsel undersigned, the Parties hereby state as follows:

1. The parties have diligently pursued discovery. Written discovery has been exchanged and answered. Parties and relevant fact witnesses have been deposed.

2. Discovery conducted to date has made clear that more extensive discovery, including the depositions of various persons most knowledgeable must be taken.

3. Due to the logistical complications imposed by Covid-19, the parties do not believe they can adhere to the schedule previously proposed to this court, and issued in its Order of April 22, 2020.

4. Additionally, the after conducting the discovery above, the parties believe they are well situated to mediate this matter, and wish to attempt informal resolution, prior to incurring additional litigation costs.

WHEREFORE, the parties hereby stipulate and respectfully request that this Court Order that the prior dates established in this matter:

| | |
|---|---|
| Fact discovery cut-off | January 15, 2021 |
| Expert disclosures | November 13, 2020 |
| Pre-trial Conference | April 2, 2021 |
| Trial | May 10, 2021 |

Be continued for approximately six months, to dates of this Court's choosing, as follows:

| | |
|---|---|
| Discovery Cutoff Date: | July 16, 2021 |
| Disclosure of Expert(s) Deadline: | May 14, 2021 |
| Supplemental Disclosure Deadline: | May 28, 2021 |
| Dispositive Motion Filing Deadline: | August 27, 2021 |
| Dispositive Motion Hearing: | October 19, 2021 at 1:30 p.m. |
| Joint Mid-Litigation Statement Deadline: | Fourteen (14) days prior to the close of discovery; |
| Final Pretrial Conference: | December 10, 2021 at 10:00 a.m. |
| Jury/Bench Trial: | January 24, 2022 at 9:00 a.m. |

RESPECTFULLY SUBMITTED:   MCCARTHY & RUBRIGHT, LLP
December 21, 2020

By: _____/s/ Thomas Patrick Jr._____
STEVEN B. MCCARTHY
THOMAS PATRICK, JR.
Attorneys for Plaintiff, BYRD CATTLE COMPANY, L.L.C.

| | |
|---|---|
| RESPECTFULLY SUBMITTED:<br>December 21, 2020 | WOOD, SMITH, HENNING & BERMAN LLP |

By: */s/ Robert M. Ferrier*
ROBERT M. FERRIER
Attorneys for Defendant, ALL WEST SELECT SIRES

## ORDER

For the reasons set forth above, the Court hereby finds good cause for, and grants permission to continue the dates listed below:

| | |
|---|---|
| Discovery Cutoff Date: | July 16, 2021 |
| Disclosure of Expert(s) Deadline: | May 14, 2021 |
| Supplemental Disclosure Deadline: | May 28, 2021 |
| Dispositive Motion Filing Deadline: | August 27, 2021 |
| Dispositive Motion Hearing: | October 19, 2021 at 1:30 p.m. |
| Joint Mid-Litigation Statement Deadline: | Fourteen (14) days prior to the close of discovery; |
| Final Pretrial Conference: | December 10, 2021 at 10:00 a.m. |
| Jury/Bench Trial: | January 24, 2022 at 9:00 a.m. |

DATED: December 21, 2020          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE